UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No.   1:22-cv-640 (GTS/DJS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Real Property commonly known as 5371 W Acacia Avenue, Fresno, California; | ) ) ) | |
| Real Property commonly known as 5363 W Acacia Avenue, Fresno, California; | ) ) ) | |
| Real Property commonly known as 17 Chapel Street, Apt. 603, Albany, New York; | ) ) ) ) | |
| Real property commonly known as 3202 Sixth Ave., Troy, New York; | ) ) ) | |
| Real property commonly known as 239 Sixth Ave, Troy, New York; | ) ) ) | |
| Real property commonly known as 2270 Old Sixth Ave, Troy, New York; and | ) ) ) | |
| Real property commonly known as 15 Delaware Street, Albany, New York. | ) ) ) | |
| Defendants. | ) | |

**FINAL ORDER OF FORFEITURE**

    Upon consideration of the United States' Motion for Default Judgment and Final Order of Forfeiture made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby ORDERED that the Motion is hereby GRANTED, and it is further

    ORDERED that Judgment of Default be entered against the Defendant Real Properties, and it is further

ORDERED that the Defendant Real Properties are hereby forfeited to the United States, and it is further

ORDERED that any claims to the Defendant Real Properties are hereby forever barred.

IT IS SO ORDERED.

Date: April 4, 2023

Glenn T. Suddaby
U.S. District Judge